DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**CLERK FILED FEB - 3 2011 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                                   Chapter 13

JOSEPH A CRUZ                                Case No. 05-54734 ASW

                                                         **NOTICE OF UNCLAIMED DIVIDEND**

                    Debtor

The final dividend to Creditor, J&L COLLECTION SERVICES in the above entitled matter was returned marked: RETN TO SENDER - NO LONGER AT THIS ADDRESS

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $6.44 as an unclaimed dividend.

Claim # 42     J&L COLLECTION SERVICES
               2453 GRAND CANAL BLVD #1
               STOCKTON, CA 95207

Dated: February 01, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE



CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013

RECEIVED
AUG 20 2010
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

return to sender
no longer at this address

J&L COLLECTION SERVICES
2453 GRAND CANAL BLVD #1
STOCKTON, CA 95207

NIXIE  957  SC  1  00  08/19/10
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 95150001313  *2241-01048-13-99

Case: 05-54734   Doc# 41   Filed: 02/03/11   Entered: 02/08/11 14:04:53   Page 2 of 2